UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT PEARSON,

                Plaintiff,

-against-

SGT. GESSNER, et al.,

                Defendants.

**ORDER**

22-CV-09278 (PMH)

PHILIP M. HALPERN, United States District Judge:

An Initial Pretrial Telephone Conference was scheduled for March 14, 2023. (Doc. 24). Plaintiff, proceeding *pro se*, did not appear for the conference. Accordingly, the Court reschedules the conference for April 12, 2023 at 11:00 a.m.. At the time of the scheduled conference all parties shall call (888) 398-2342; access code: 3456831.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED:

Dated: White Plains, New York
         March 14, 2023

_____
PHILIP M. HALPERN
United States District Judge