UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT PEARSON,

                Plaintiff,

-against-

SGT. GESSNER, et al.,

                Defendants.

**ORDER**

22-CV-09278 (PMH)

PHILIP M. HALPERN, United States District Judge:

An Initial Pretrial Telephone Conference was held on May 3, 2023 at 10:00 a.m. Plaintiff, proceeding pro se, and counsel for Defendants appeared.

The time for Defendants to respond to the Local Civil Rule 33.2 standard discovery requests is extended to May 19, 2023.

Plaintiff is referred to the Pro Se Intake Unit for procedural assistance.

A Civil Case Management Order will be docketed separately. A case management conference is scheduled for February 6, 2024 at 10:00 a.m. At the time of the scheduled conference all parties shall call (888) 398-2342; access code: 3456831. It is the responsibility of counsel for Defendants to make prior arrangements with the appropriate facility to have the Plaintiff available via telephone. The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED:

Dated: White Plains, New York
May 3, 2023

_____
PHILIP M. HALPERN
United States District Judge