UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT PEARSON,

                Plaintiff,

            -against-

SGT. GESSNER, et al.,

                Defendants.

**ORDER**

22-CV-09278 (PMH)

PHILIP M. HALPERN, United States District Judge:

     A case management conference was scheduled in this matter for February 6, 2024 at 10:00 a.m. (Doc. 30). Defendants did not appear for the conference. Nor did counsel for Defendants arrange for Plaintiff, who is proceeding *pro se*, to appear for the conference. Accordingly, the Court reschedules the case management conference for **March 14, 2024 at 9:30 a.m.**

     At the time of the scheduled conference all parties shall call (888) 398-2342; access code: 3456831. It is the responsibility of counsel for Defendants to make prior arrangements with the appropriate facility to have the Plaintiff available via telephone.

     The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

                                          **SO ORDERED:**

Dated:  White Plains, New York
          February 6, 2024

                                          PHILIP M. HALPERN
                                          United States District Judge