UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT PEARSON,

                Plaintiff,

-against-

SGT. GESSNER, et al.,

                Defendants.

**ORDER**

22-CV-09278 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Plaintiff's address on the docket indicates that he resides at Orange County Correctional Facility, 110 Wells Farm Road, Goshen, New York 10924. However, according to the Department of Corrections and Community Supervision records, Plaintiff has been released from custody. Plaintiff has not filed an updated address on the docket. As set forth in the Court's prior orders, it is Plaintiff's responsibility to notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so. (*See* Docs. 5, 9, 11, 24).

    Accordingly, Plaintiff is directed to notify the Court in writing of his current address by **October 1, 2024**. Plaintiff is reminded that the Court may dismiss this action if he fails to so notify the Court in writing of a change in address, and that failure to respond to this Court's order will result in dismissal of his case. To the extent known, Defendants are directed to submit a letter notifying the Court of Plaintiff's current address by **October 1, 2024**.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the address on the docket.

SO ORDERED:

Dated: White Plains, New York
August 30, 2024

_____
PHILIP M. HALPERN
United States District Judge

2