UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT PEARSON,

               Plaintiff,

-against-

SGT. GESSNER, et al.,

               Defendants.

**ORDER**

22-CV-09278 (PMH)

PHILIP M. HALPERN, United States District Judge:

In light of Defendants' October 10, 2024 letter (Doc. 91) notifying the Court that Plaintiff entered Orange County Correctional Facility on October 3, 2024, Plaintiff is directed to notify the Court in writing of his current address by **October 29, 2024**. Plaintiff is reminded that the Court may dismiss this action if he fails to so notify the Court in writing of a change in address, and that failure to respond to this Court's order will result in dismissal of his case.

Defendants are directed to serve a copy of this Order on Plaintiff at the following address: Orange County Correctional Facility, 110 Wells Farm Road, Goshen, New York 10924. Defendants shall file proof of service on the docket.

**SO ORDERED:**

_____
PHILIP M. HALPERN
United States District Judge

Dated: White Plains, New York
October 11, 2024