UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT PEARSON,

                           Plaintiffs,

     -against-

ORANGE COUNTY and SERGEANT GESSNER

                          Defendants.
------------------------------------------------------------X

**NOTICE OF MOTION IN LIMINE**

Case No.: 22-CV-09278 (PMH)

**PLEASE TAKE NOTICE** that, for the reasons set forth in the accompanying Memorandum of Law and Declaration of Stephanie T. Midler, the County Defendants shall move the Court, before The Honorable Philip M. Halpern, *in limine*, for an order pursuant to Rule 37(b)(2)(A) of the Federal Rules of Civil Procedure: (1) dismissing the Plaintiff's Complaint in its entirety; (ii) in the alternative, directing that the County Defendants' proposed findings of fact be taken as established for purposes of any trial in this action; and/or (iii) precluding Plaintiff from introducing any documentary evidence or calling any witnesses at trial [based on Plaintiff's failure to respond to County Defendants'] Interrogatories and Demands for [Production of Documents, in violation of th]is Court's August 16, 2023 discovery [order, and/or Plaintiff's failure to comply purs]uant to the Court's Order dated April

---

Motion denied without prejudice to renewal for failure to comply with Local Civil Rule 37.2, Fed. R. Civ. P. 37(a)(1), and Rule 4(D) of this Court's Individual Practices.

A telephonic status conference is scheduled in this matter for May 1, 2025 at 10:00am concerning the topics raised in this motion and in light of the possibility of incoming pro bono counsel for Plaintiff. At the time of the scheduled conference, all parties shall call the following number: (855) 244-8681; access code 2317 236 5283.

The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 79 and mail a copy of this Order to Plaintiff.

SO ORDERED.

*/s/ Philip M. Halpern*
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
        March 4, 2025

Dated: Goshen, New York
      May 16, 2024

_____
STEPHANIE J. MIDLER
Assistant County Attorney
Richard B. Golden
County Attorney for Orange County
Attorney for the County Defendants
255-275 Main Street
Goshen, NY 10924
(845) 291-3150