UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT PEARSON,

                      Plaintiff,

      -against-

SGT. GESSNER, et al.,

                      Defendants.

**ORDER**

22-CV-09278 (PMH)

PHILIP M. HALPERN, United States District Judge:

      By Order dated June 24, 2025, the Court directed the Parties to meet and confer and by August 29, 2025, comply with Rule 6 of the Court's Individual Practices. (*See* Doc. 119). As of the date of this Order, the Parties have failed to file the requisite pre-trial materials.

      Accordingly, by **September 12, 2025**, the Parties are directed to file their Rule 6(A), 6(B), 6(C), and 6(D) materials to comply with the Court's Individual Practices and the Court's subsequent August 29, 2025 Order (Doc. 127).

                                          SO ORDERED.

Dated:   White Plains, New York
          September 2, 2025

                                          PHILIP M. HALPERN
                                          United States District Judge