

**Steven M. Neuhaus**
**County Executive**

# ORANGE COUNTY DEPARTMENT OF LAW

### RICHARD B. GOLDEN
#### COUNTY ATTORNEY

**Carol C. Pierce**
*Deputy County Attorney*

| | |
|---|---|
| **Municipal Law Division** | **Family Law Division** |
| TEL: 845-291-3150 | TEL: 845-291-2650 |
| FAX: 845-378-2374* | FAX: 845-360-9161* |

Kellie E. Lagitch *Chief Assistant – Litigation*
Matthew J. Nothnagle *Chief Assistant – Appeals*
Susan L. Whalan *Chief Assistant – Contracts*
Joseph F. Mahoney    Holly L. Reinhardt
Marina V. O'Neill    Donna M. Badura
Lisa M. James    Stephanie T. Midler
Lia E. Fierro    Lisa M. Morgillo
Cedric A. Cooper    William S. Badura
Dante D. De Leo

Kimberly C. VanHaaster *Chief Assistant – Family Div.*
Peter R. Schwarz    David S. Meffert
Linda P. DaSilva    Stephanie Bazile
Ferol L. Reed-McDermott    Michael Rabiet
Karen A. Amundson    Tammy A. Delile
Eve I. Lincoln    Rebecca McGee
Stephen Toole

September 12, 2025

*Via ECF*

Hon. Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

>Re: **Pre-Trial Submissions**
>**Pearson v. Orange County, et al. - Docket No.: 22-cv-09278**

Dear Judge Halpern:

As you know, this office represents the Defendants, Orange County and Sergeant Gessner (hereinafter collectively the "Defendants"), in the above-referenced matter. This letter is being submitted for the purpose of filing the Defendants' pre-trial submission of affidavits on direct testimony as required pursuant to Your Honor's Individual Part Rule 6(D).

Counsel for Plaintiff will be filing the Joint Proposed Findings of Fact and Conclusions of Law along with the Joint Pre-Trial Order and all documentary exhibits under separate docket entries.

Respectfully submitted,

Stephanie T. Midler
Assistant County Attorney

cc: All counsel of record