# EXHIBIT "A"



# ORANGE COUNTY SHERIFF'S OFFICE

## 110 WELLS FARM ROAD GOSHEN, NEW YORK 10924- 6740

### 845-291-4033          FAX:   845-294-1590

### SHERIFF CARL E. DUBOIS

| KENNETH T. JONES | ANTHONY J. WEED | DENNIS D. BARRY | ANTHONY M. MELE |
|---|---|---|---|
| UNDERSHERIFF | ASSISTANT UNDERSHERIFF | CHIEF DEPUTY | CORRECTIONS ADMINISTRATOR |

**WWW.ORANGECOUNTYGOV.COM**

# MEMORANDUM

**TO:**     Office of the Orange County Attorney

**FROM:**   **Sergeant Nicholas Gessner**

**DATE:**   September 24, 2021

**RE:**     **Law suit filed by former Inmate Pearson, Robert**

---

To whom it may concern:

I am hereby requesting that the County Attorney's Office defend and indemnify me in the lawsuit brought against me by former Inmate Pearson, Robert.

Respectfully,

_____

**ORANGE COUNTY SHERIFF'S OFFICE**
Corrections Division

CC:

Sheriff Carl E. DuBois
Undersheriff Kenneth T. Jones
Assistant Undersheriff Anthony Weed
Colonel Anthony Mele
Administration Files

- A C C R E D I T A T I O N S

