UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

ROBERT PEARSON,

                  Plaintiff,

        - against -

ORANGE COUNTY AND SERGEANT GESSNER

              Defendants.

------------------------------------------------------------------- X

22-CV-09278 (PMH)

**AFFIDAVIT OF
MICHAEL MORRIS**

STATE OF NEW YORK    )
                      )ss.:
COUNTY OF ORANGE    )

MICHAEL MORRIS, being duly sworn, deposes and says:

1. I am a Corrections Officer at the Orange County Correctional Facility (OCCF) in Goshen, New York and I am fully familiar with the facts and circumstances stated herein as they relate to this matter based upon my personal knowledge as well as documents created and kept in the regular and ordinary course of business of the Orange County Sheriff's Office, Corrections Division.

2. I have been employed with the Orange County Sheriff's Office (OCSO) since October 26, 2002.

3. In January 2022, I became the Corrections Officer assigned as the trustee coordinator at OCCF. My duties include overseeing the day-to-day administration of the trustee program at OCCF, including adding inmates to the trustee payroll and ensuring that the program is meeting any applicable administrative requirements, such as staying within the allotted budget. My responsibilities along with other details regarding the inmate trustee program are outlined in the OCSO General Policy – Trustee Selection/Program. Annexed hereto as Exhibit **A** is a true and accurate copy of this Policy.

4. In 2022, my budgetary goal for each pay period was to keep the trustee payroll amount

1

between $1,800.00 and $2,000.00.

5.   A Trustee Request Form for Robert Pearson was granted on June 13, 2022, a copy of which is annexed hereto as Exhibit **B**. Although Robert Pearson had a history of disruptive and dangerous behavior, it is my understanding that he was considered for a position to further a rehabilitative effort initiated by Sergeant Gessner.

6.   On June 29, 2022, Sergeant Gessner directed me to add Robert Pearson to the B-4 trustee payroll for two (2) jobs: Housing Unit Cleaning trustee and Shower Detail trustee. The Orange County Corrections Trustee Program – Trustee Payroll List (Pod B4) records beginning June 3, 2022 to November 3, 2022 are annexed hereto as Exhibit **C**.

7.   On July 20, 2022, Sergeant Gessner directed me to add the additional job of Floor Detail trustee in the B-4 Unit for Robert Pearson. See Exhibit **C** at p. 8.

8.   On August 22, 2022, Sergeant Gessner directed me to add the additional job of Paint Detail trustee in the B-4 Unit for Robert Pearson. See Exhibit **C** at p. 13.

9.   The Trustee Program Payroll list for September 10, 2022 through September 16, 2022 indicated an amount being paid to the trustees that was over budget, *i.e.*, $2,059.00 or $59.00 over budget. A copy of the Orange County Corrections Trustee Program Payroll List for 5/25/2022 through November 4, 2022 is annexed hereto as Exhibit **D**.

10. Upon seeing the overage, I alerted the various Sergeants for each housing unit to work on reducing the number of trustees being paid out, if possible.

11. On September 21, 2022, Sergeant Gessner responded to my request by deciding to eliminate certain Shower Detail trustee positions and instead merge those duties into the general Housing Unit Cleaning position. As a result, Robert Pearson and Luis Aguilar Guerra were removed from their Shower Detail positions.

2

12. The Payroll List for September 17, 2022 through September 23, 2022 still reflected an overage in the total amount of $2,038.00. See Exhibit **D** at p. 17.

13. On September 24, 2022, Sergeant Gessner was further able to assist in my request by eliminating Robert Pearson's Floor Detail position and consolidating his duties into his Housing Unit Cleaning trustee position.

14. The Trustee Program Payroll lists for September 24, 2022 to September 30, 2022 indicated an amount of $1,983.00, which is very close to the maximum budget goal for each pay period. Instead, I prefer to keep the budgetary goals closer to the conservative amount of $1,800.00. See Exhibit **D** at p. 18.

15. On October 2, 2022, Sergeant Gessner eliminated the remaining Floor Detail position in the B4 Unit as well as Robert Pearson's Housing Unit Cleaning position.

16. On October 6, 2022, Robert Pearson was removed from his remaining Paint Detail position per OCCF policy because he entered a One-to-One Suicide Watch status.

Michael Morris

Sworn to before me this
27th day of August, 2025

Notary Public

Bernadine C. Ogden
Notary Public, State of New York
Registration No. 01OG6009408
Qualified in Orange County
Commission Expires June 29, 2026

3