UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT PEARSON,

               Plaintiff,

-against-

SGT. GESSNER et al.,

               Defendants.

**ORDER**

22-CV-09278 (PMH)

PHILIP M. HALPERN, United States District Judge:

    A pretrial conference has been scheduled for November 5, 2025 at 2:30 p.m. to be held at the White Plains courthouse.

SO ORDERED:

Dated: White Plains, New York
       September 19, 2025

_____
Hon. Philip M. Halpern
United States District Judge