UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT PEARSON,

                Plaintiff,

-against-

SGT. GESSNER, et al.,

                Defendants.

**ORDER**

22-CV-09278 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared for a pre-trial conference on November 5, 2025. As discussed on the record, trial in this matter will proceed on **January 26, 2026**, and conclude no later than **January 27, 2025**. The parties are on five days' notice of trial as of **November 5, 2025**.

As explained more fully on the record during the appearance, the Court directs as follows:

1. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the proposed Joint Pretrial Order and file, by **December 5, 2025**, an Amended Joint Pretrial Order.

2. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the proposed Findings of Fact and Conclusions of Law and file, by **December 5, 2025**, revised Findings of Fact and Conclusions of Law.

3. The parties shall file and provide to the Court, no later than **December 5, 2025**, the following: two (2) sets of exhibit binders containing the revised versions of the parties' joint exhibits and each parties' respective exhibits, with indices listing the content of the binders.

4. Plaintiff shall depose Defendant Gessner, at a mutually agreed upon date, time, and place, at Defendants' expense. Plaintiff is limited in his questioning to the narrow issue of the purported classification policy set forth in Defendants' Exhibit T.

*See* Transcript.

**SO ORDERED:**

Dated: White Plains, New York
       November 6, 2025

_____
PHILIP M. HALPERN
United States District Judge