**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
ROBERT PEARSON,

                    Plaintiff,

      -against-

ORANGE COUNTY and SGT. GESSNER,

                  Defendants.
----------------------------------------------------------------X

22 **CIVIL** 9278 (PMH)

**<u>JUDGMENT</u>**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 24, 2026, the Court concludes that Plaintiff has failed to establish his First Amendment Retaliation claim by a preponderance of the evidence. The Court also concludes that even if Plaintiff had established a prima facie case for retaliation, Defendant has established by a preponderance of the evidence that Plaintiff failed to sufficiently exhaust his administrative remedies according to the PLRA, warranting dismissal of Plaintiff's case. The Complaint is therefore DISMISSED. Judgment is entered in Defendant's favor; accordingly, the case is closed.

**Dated:** New York, New York

      March 2, 2026

                         **TAMMI M. HELLWIG**
                        _____
                          **Clerk of Court**

              **BY:**         K. Mango
                        _____
                          **Deputy Clerk**