UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT PEARSON,

                Plaintiff,

-against-

ORANGE COUNTY and SGT. GESSNER,

                Defendants.

**ORDER**

22-CV-09278 (PMH)

PHILIP M. HALPERN, United States District Judge:

On February 24, 2026, following a bench trial on January 27, 2026, the Court issued an Opinion and Order concluding that Plaintiff failed to establish his First Amendment Retaliation claim by a preponderance of the evidence. (Doc. 179). The Court also concluded that even if Plaintiff had established a *prima facie* case for retaliation, Defendant established by a preponderance of the evidence that Plaintiff failed to sufficiently exhaust his administrative remedies according to the PLRA, warranting dismissal of Plaintiff's case. (*Id.*). On March 2, 2026, the Clerk entered Judgment reflecting the Court's February 24, 2026 Order and closed the case. (Doc. 180). On March 24, 2026, Plaintiff filed a notice of appeal from the March 2, 2026 Judgment. (Doc. 181). Plaintiff, on the same date, also moved for leave to proceed *in forma pauperis* ("IFP") on appeal (Doc. 183), and moved for an extension of time to file a notice of appeal (Doc. 182).

As an initial matter, the Court denies as moot Plaintiff's motion for extension of time to file a notice of appeal (Doc. 182), as Plaintiff's Notice of Appeal (Doc. 181) was properly filed within the time afforded by Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure. As to Plaintiff's motion for leave to proceed IFP on appeal (Doc. 183), the Court certifies under 28 U.S.C. § 1915(a)(3) that Plaintiff's appeal from March 2, 2026 Judgment (Doc. 180) is not taken in good faith, and therefore, IFP status is denied for the purpose of an appeal. *Cf. Coppedge v.*

*United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of the Court is respectfully directed to enter this Order, mail a copy of this Order to Plaintiff, terminate the motion sequences pending at Doc. 182 and Doc. 183, and transmit a copy of this Order to the United States Court of Appeals for the Second Circuit.

**SO ORDERED:**

Dated:   White Plains, New York
       April 3, 2026

PHILIP M. HALPERN
United States District Judge

2